BEAUFORD H. BUSH, APPELLANT, v. HENRY BROWN ET AL., APPELLEES.

FILED MARCH 22, 1906. No. 14,142.

Case Followed. This is a companion case to *Bush v. Griffin, ante*, p. 214, decided at this sitting, and is governed by the same rules.

APPEAL from the district court for Hayes county: HANSON M. GRIMES, JUDGE. *Affirmed.*

*C. A. Ready, F. I. Foss* and *R. D. Brown*, for appellant.

*W. S. Morlan*, contra.

ALBERT, C.

This is a companion case to *Bush v. Griffin, ante*, p. 214, and was submitted at the same time on the same briefs. While a judgment of affirmance in this particular case might be placed on other grounds, it is also governed by the rule applied in that case, hence, a discussion of other features is not required.

It is recommended that the decree be affirmed.

DUFFIE and JACKSON, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, the decree of the district court is

AFFIRMED.